Robert J. DI PAOLO, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2009–3115.

United States Court of Appeals,
Federal Circuit.

March 10, 2009.

Robert J. Di Paolo, El Dorado Hills, CA,
pro se.

Carrie A. Dunsmore, Department of
Justice, Washington, DC, for Respondent.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

PRECISION PINE & TIMBER,
INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant.

No. 2009–5012.

United States Court of Appeals,
Federal Circuit.

March 10, 2009.

Alan I. Saltman, Saltman & Stevens, P.C., Washington, DC, for Plaintiff–Appellee.

David A. Harrington, Department of Justice, Washington, DC, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).